IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:11CR3018 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| ROBERT M. FAST, | ) | |
| Defendant. | ) | |

THIS MATTER comes come before the Court upon Defendant's Unopposed Motion to Continue Deadline for Filing Variance Brief. Being fully advised in the premises, and noting that the government has no objection, this Court finds that said Motion should be granted.

IT IS THEREFORE ORDERED that Defendant shall file his brief in support of his Motion for Variance no later than October 13, 2011.

DATED this 11th day of October, 2011.

BY THE COURT:

*Richard G. Kopf*
The Honorable Richard G. Kopf
U.S. District Judge