IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3018 |
| | ) | |
| V. | ) | |
| | ) | |
| ROBERT M. FAST, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

(1) The Clerk of Court shall file the attached correspondence dated August 5, 2013 from Meg Garvin of the National Crime Victim Law Institute (NCVLI).

(2) The NCVLI is herewith advised that I take no position with respect to the contents of the August 5, 2013 NCVLI correspondence.

(3) The Clerk of Court shall mail a copy of this order and the NCVLI correspondence to counsel of record. The Clerk of Court shall mail a copy of this order to Meg Garvin, the author of the above-referenced correspondence.

DATED this 7th day of August, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge