IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:11CR3018 |
| V. | ) | |
| ROBERT M. FAST, | ) | ORDER |
| Defendant | ) | |
| ............................................................ | ) | |
| VICKY, Child Pornography Victim, | ) | |
| Interested Party. | ) | |

    This matter has been remanded to me from the Court of Appeals for further consideration in light of *Paroline v. United States*, 134 S. Ct. 1710 (2014). I seek the advice of the parties including the "interested party" about how next to proceed. For example, do we need another evidentiary hearing? To what extent, if any, is the "interested party" entitled to participate in the substantive resolution of the matter remanded to me? Accordingly,

    IT IS ORDERED that on or before Monday, September 22, 2014:

1. Counsel shall confer among themselves and try to agree upon a joint proposal for resolution of this matter.

2. After the conference between the lawyers, counsel for the government shall arrange a telephone conference with the other lawyers and me by contacting my judicial assistant Kristin Leininger, at 402-437-1640.

    DATED this 2nd day of September, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge