IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:11CR3018 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ROBERT M. FAST, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's resentencing is set on Wednesday, December 17, 2014, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 2, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant will participate in the hearing by telephone.

Dated December 4, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge