IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3018 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT M. FAST, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon advice from the United States Probation Officer, and with the agreement of counsel,

IT IS ORDERED that the petition for offender under supervision (filing no. 137) is dismissed without prejudice. The defendant's March 26, 2019, revocation hearing is canceled.

DATED this 26th day of March, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge